# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Dustin Strother Watson                          Docket No. 5:07-CR-160-1BO

### Petition for Action on Supervised Release

COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dustin Strother Watson, who, upon an earlier plea of guilty to Felon in Possession of Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 16, 2008, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Dustin Strother Watson was released from custody on November 22, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 31, 2011, the defendant submitted a urine sample which tested positive for the use of cocaine. To address this violation, it is recommended that the defendant participate in a cognitive behavioral program. In addition, the defendant has requested mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Dustin Strother Watson
Docket No. 5:07-CR-160-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Billy W. Boggs, Jr.
Billy W. Boggs, Jr.
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 30, 2011

## ORDER OF COURT

Considered and ordered this 30 day of November, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge